IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEREMY A. PENDLETON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-80-C |
| | ) | |
| JOE M. ALLBAUGH, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on June 24, 2016, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

Petitioner's Objection contains no factual or legal dispute with the Report and Recommendation; rather, it merely asks for preservation of appellate rights.

In the absence of any argument to the contrary, and because the conclusions of Judge Mitchell are fully supported by the law and facts, the Court adopts in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief. A judgment will enter accordingly.

IT IS SO ORDERED this 25th day of July, 2016.

ROBIN J. CAUTHRON
United States District Judge